IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVIS ICE CREAM ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:24-cv-209-ECM |
| | ) | [WO] |
| CVS PHARMACY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

It appears to the Court that the allegations of the Plaintiff's Complaint are insufficient to invoke this Court's diversity jurisdiction. The Plaintiff alleges that it "is an Alabama Limited Liability Company with a principal place of business in Jefferson County, Alabama." (Doc. 1 at 1). For purposes of diversity jurisdiction, a limited liability company is "a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam). Thus, the Complaint needs to set forth the members of the LLC and the citizenship of each member. Further, the Plaintiff alleges that the Defendant "is a Rhode Island Corporation registered to conduct business in Alabama." (Doc. 1 at 1). "Under 28 U.S.C. § 1332(c)(1), 'a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *Life of the S. Ins. Co. v. Carzell*, 851 F.3d 1341, 1344 (11th Cir. 2017) (quoting 28 U.S.C. § 1332(c)(1)). Therefore, the Complaint does not adequately establish the grounds for this Court to assume jurisdiction, because the

Complaint does not set forth the Defendant's state and foreign state of incorporation or its principal place of business.  Accordingly, for good cause, it is

ORDERED that on or before **April 16, 2024**, the Plaintiff shall amend its Complaint to sufficiently allege jurisdiction.  If the Plaintiff fails to do so, the Court may dismiss this case without prejudice.

DONE this 9th day of April, 2024.

                                           /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE